IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LISA BARNES MCNEELY                                                        PLAINTIFF

vs.                                    5:06CV00226-WRW

ARKANSAS DEPARTMENT
OF CORRECTION, et al                                                       DEFENDANTS

## ORDER

Pending before this Court is the Motion for Substitution of Counsel (doc #28) in the above styled matter. The Motion is GRANTED and the Clerk is directed to substitute Christine A. Boozer as counsel of record for separate defendants Arkansas Department of Correction, Larry Norris, James Gibson, Kevin Murphy and Pamela Wilson, in place of Lori Freno.

IT IS SO ORDERED this 13th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ordsubst1.wpd