## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LISA BARNES MCNEELY**                                                                 **PLAINTIFF**

**V.**                                    **5:06CV00226-WRW**

**ARKANSAS DEPARTMENT OF**
**CORRECTION, ET. AL.**                                                                 **DEFENDANTS**

### JUDGMENT

Based on the Order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 10th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1