IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LISA BARNES MCNEELY**                                                            **PLAINTIFF**

**VS.**                                   **5:06CV00226-WRW**

**ARKANSAS DEPT. OF CORRECTION,** *et al.*                              **DEFENDANTS**

## ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 106) is DENIED.

IT IS SO ORDERED 20th day of March, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE